## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Hoopskirts Lofts Condominium : 
Association :
 :
 :
v. :
 :
 :
Vamsidhar Vurimindi and Ann S. :
Boris :
 :
Appeal of: Vamsidhar Vurimindi : No. 1430 C.D. 2018

**PER CURIAM**        **O R D E R**

NOW, May 21, 2024, upon consideration of Appellant's application for reargument, the application is DENIED.